IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELA RENEAU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 20-cv-00938 |
| FAMILY DOLLAR STORES, INC, | ) ) |
| Defendant. | ) Judge Edmund E. Chang ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Angela Reneau and Defendant Family Dollar Stores, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Except as noted in the Settlement Agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: October 4, 2021                    Respectfully submitted,

**CARLSON LYNCH LLP**                    **JACKSON LEWIS P.C.**

*/s/ R. Bruce Carlson*                    */s/ Joseph J. Lynett*
R. Bruce Carlson                          Joseph J. Lynett
bcarlson@carlsonlynch.com                 44 South Broadway, 14th Floor
Kelly K. Iverson                          White Plains, NY 10601
kiverson@carlsonlynch.com                 Phone: (914) 328-0404
1133 Penn Avenue, 5th Floor               Fax: (914) 328-1882

1

Pittsburgh, PA 15222
Telephone: 412-322-9243
Fax: 412-231-0246

Katrina Carroll
kcarroll@carlsonlynch.com
Nicholas Rudolph Lange
nlange@carlsonlynch.com
111 West Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265

*Counsel for Plaintiff*

lynettj@jacksonlewis.com

Kirsten Ann Milton
Jessica E. Quarless
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Telephone: 312-787-4949
Kirsten.Milton@jacksonlewis.com
Jessica.Quarless@jacksonlewis.com

*Counsel for Defendant*